IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-00502-ZLW-BNB

DAVID CORNUTT, an Oregon resident,

    Plaintiff,

v.

CONBRACO INDUSTRIES, INC., a North Carolina corporation;
HEAT TRANSFER PRODUCTS, INC., a Massachusetts corporation;
GLEN D. VANHARA, dba PRECISION LOG BUILDERS;
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation; and
KEN FINCH PLUMBING, INC., a Colorado corporation,

    Defendants.
_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: July __8__, 2005

    It is ORDERED that Defendant Ken Finch Plumbing, Inc.'s Motion For Leave To Join In Motion-In-Limine Filed By Defendants, Conbraco Industries, Inc. And Heat Transfer Products, Inc., is granted. It is

    FURTHER ORDERED that the Court will consider Defendant Alpine Heating And Sheet Metal, Inc's Motion To Join In Support Of The Motion In Limine Concerning Consequential Damages when counsel complies with D.C.COLO.LCivR 7.1A. and files a copy of the motion that contains a proper electronic signature. See D.C.COLO.LCivR 5.6A. and Electronic Case Filing Procedures - District of Colorado, § V.C., available on the Court's web site. It is

    FURTHER ORDERED that Cornutt's Motion To File Sur-Reply To Vanhara's Reply To Its Motion In Limine Re: Tarr's Opinions is granted over objection, and the motion is accepted for filing as the sur-reply as of the date of this Minute Order.