IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00502-ZLW-BNB

DAVID CORNUTT, an Oregon resident,

Plaintiff,

v.

CONBRACO INDUSTRIES, INC., a North Carolina corporation,
HEAT TRANSFER PRODUCTS, INC., a Massachusetts corporation,
GLEN D. VANHARA d/b/a PRECISION LOG BUILDERS,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation, and
KEN FINCH PLUMBING, INC., a Colorado corporation,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Motion for Late Disclosure of Expert Witness: Michael Higgins** (the "Motion"), filed by defendant Alpine Heating and Sheet Metal, Inc., on June 3, 2005.  The Motion is not opposed.

IT IS ORDERED that the Motion is GRANTED.

Dated July 11, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge