IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-502-ZLW-BNB

DAVID CORNUTT, an Oregon resident,

Plaintiff,

v.

CONBRACO INDUSTRIES, INC., a North Carolina corporation,
HEAT TRANSFER PRODUCTS, INC., a Massachusetts corporation,
GLEN D. VANHARA d/b/a PRECISION LOG BUILDERS,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation, and
KEN FINCH PLUMBING, INC., a Colorado corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Exhibit List** (the "Motion"), filed on August 19, 2005.

IT IS ORDERED that the Motion is GRANTED. Exhibit A attached to the Motion as plaintiff's Exhibit List is accepted for filing.


DATED: August 22, 2005