IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00502-ZLW-BNB

DAVID CORNUTT, an Oregon resident,

Plaintiff,

v.

CONBRACO INDUSTRIES, INC., a North Carolina corporation,
HEAT TRANSFER PRODUCTS, INC., a Massachusetts corporation,
GLEN D. VANHARA d/b/a PRECISION LOG BUILDERS,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation, and
KEN FINCH PLUMBING, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 21, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 7, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge