IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-0502 -ZLW-BNB

DAVID CORNUTT, an Oregon resident,

    Plaintiff,

v.

CONBRACO INDUSTRIES, INC., a North Carolina corporation;
HEAT TRANSFER PRODUCTS, INC., a Massachusetts corporation;
GLEN D. VANHARA, dba PRECISION LOG BUILDERS;
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation; and
KEN FINCH PLUMBING, INC., a Colorado corporation,

    Defendants.
_____

## ORDER
_____

In consideration of the Minute Order entered on September 7, 2005, by Magistrate Judge Boyd N. Boland, it is

ORDERED that the trial date of September 26, 2005, is hereby vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before September 21, 2005.  If by that date settlement papers have not been received by the Court, on September 28, 2005, the case will be dismissed without prejudice.

Dated at Denver, Colorado, this  9   day of September, 2005.

                BY THE COURT:

                s/ Zita L. Weinshienk

                _____

                ZITA L. WEINSHIENK, Senior Judge
                United States District Court