IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-0502-ZLW-BNB

DAVID CORNUTT, an Oregon resident,

    Plaintiff,

v.

CONBRACO INDUSTRIES, INC., a North Carolina corporation;
HEAT TRANSFER PRODUCTS, INC., a Massachusetts corporation;
GLEN D. VANHARA, dba PRECISION LOG BUILDERS;
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation; and
KEN FINCH PLUMBING, INC., a Colorado corporation,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto. In consideration thereof, it is

ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

DATED at Denver, Colorado, this  21  day of September, 2005.

                        BY THE COURT:

                        s/Zita L. Weinshienk
                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court